# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DEWEY KEITH VENABLE,** | ) | Civil Action No. 7:14cv00295 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WARDEN RANDALL** | ) | |
| **MATHENA,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Venable's second pending motion to amend (Docket No. 112) is **GRANTED**; the other pending motions to amend (Docket Nos. 100, 116, 117) are **DENIED**; defendants Unit Manager Swiney, Lt. Franklin, and Sgt. Miller's motion to dismiss (Docket No. 120) is **DENIED in part** as to the claim about living conditions and is **GRANTED in part** as to the claim about receiving an informal complaint form; defendant McCoy's motion for summary judgment (Docket No. 80) is **GRANTED in part** as to the retaliation claim and the claim about the conditions of confinement between September 2013 and July 2014, and it is **DENIED in part** as to conditions of confinement claim and bystander liability claim arising from the events of April 23-24, 2013; defendants Bentley, Collins, Deel, Mathena, Mullins, and Vitatoe's motion for summary judgment (Docket No. 41) is **GRANTED in part** as to the claims against Mathena, and it is **DENIED in part** as to the excessive force and bystander claims against Bentley, Collins, Deel, Mullins, and Vitatoe.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 23rd day of September, 2015.

                                                                      */s/ Norman K. Moon*
                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE