**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **DEWEY KEITH VENABLE,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:14cv00295 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WARDEN MATHENA,** *et al.,* | ) | By: Robert S. Ballou |
| Defendants. | ) | United States Magistrate Judge |

Pursuant this court's Standing Order No. 2013-6, defendants Swiney, Franklin, and Miller are hereby **DIRECTED** to file a motion for summary judgment supported by affidavits in the above referenced matter within thirty days of the entry of this order.

The Clerk of the Court is directed to copies of this Order to the parties.

Enter: September 28, 2015

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge