# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DEWEY KEITH VENABLE,** | ) | Civil Action No. 7:14cv00295 |
|    Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **WARDEN MATHENA**, *et al.*, | ) | By: Norman K. Moon |
|    Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Venable's first pending motion to amend (Docket No. 168) is **DENIED**; his second pending motion to amend (Docket No. 193) is **GRANTED**; defendants Unit Manager Swiney, Lt. Franklin, and Sgt. Miller's motion for summary judgment (Docket No. 149) is **GRANTED in part** as to Venable's claims for damages against the defendants in their official capacity and **DENIED in part** as to Venable's claim about living conditions. The Clerk is **DIRECTED** to set this matter for a seven-member jury trial in the Big Stone Gap Division.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 6th day of July, 2016.

                                                /s/ Norman K. Moon
                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE